ERNST BIEN-AIME

Plaintiff(s)

Index # 08 CV 00090

- against -

Purchased January 4, 2008

THE CITY OF NEW YORK, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 10, 2008 at 11:25 AM at

C/O CORPORATION COUNSEL
100 CHURCH ST., 4TH FL.
NEW YORK, NY10038

deponent served the within SUMMONS AND COMPLAINT AND EMAND FOR JURY TRIAL on THE CITY OF NEW YORK therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to TAMEKIA MENDES-GAMMON, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT AND EMAND FOR JURY TRIAL as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 26 | 5'7 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 10, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | **ANDERSON CHAN** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | License #: 1220482 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | Invoice #: 454627 |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728