UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK Attorney: MYERS & GALIARDO, LLP

ERNST BIEN-AIME

Plaintiff(s)

against -

THE CITY OF NEW YORK, ETAL

Defendant(s)

Index # 08 CV 00090

Purchased January 4, 2008

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MICHAEL HARRIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 8, 2008 at 06:50 PM at

HOUSING BUREAU SPECIAL OPERATIONS
2768 FREDRICK BLVD.
NEW YORK, NY 10039

deponent served the within SUMMONS AND COMPLAINT AND EMAND FOR JURY TRIAL on P.O. KWANE KIPP therein named,

**SUITABLE AGE**

by delivering thereat a true copy of each to DETECTIVE WENZEL a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 40 | 5'9 | 175 |

**MAILING**

Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

HOUSING BUREAU SPECIAL OPERATIONS
2768 FREDRICK BLVD.
NEW YORK, NY 10039

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on January 9, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**

Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 9, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**MICHAEL HARRIS**
License #: 1077447
Invoice #: 454628

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728