```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
ERNST BIEN-AIME,                    :

            Plaintiff,              :       ORDER

       -against-                    :   08 Civ. 0090 (LTS)(MHD)

                                    :
THE CITY OF NEW YORK, et al.,

            Defendants.             :
-----------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **WEDNESDAY, JUNE 11, 2008, at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
     May 5, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Christopher De Turk Galiardo, Esq.
Myers & Galiardo, LLP
122 E. 42nd Street
Suite 2710
New York, NY 10168

Stuart E. Jacobs, Esq.
New York City Law Department, Office of Corporation Counsel
100 Church Street
New York, NY 10007